388 P.3d 898

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Patricio AQUINO, also known as Roger Aquino, Defendant-Appellant**

**NO. CAAP-14-0000505**

Intermediate Court of Appeals of Hawai'i.

August 16, 2016

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT, (CR. NO. 12-1-0211)

SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 898

**Jeanne CADAWAS and Robert Raposas, Plaintiffs-Appellants,**

v.

**Twyus PEAHU, Carl W. Caberto, Bunny Mattice-Clevenger, Fundingforeclosure.Com, EMC Mortgage Corporation, Mortgage Electronic Registration System, Inc., John Does 1-10, Jane Does 1-10, Doe Corporations, Partnerships and Other Entities 1-10, Defendants-Appellees**

**NO. CAAP-13-0001242**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, August 24, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT (CIVIL NO. 07-1-0085)

SUMMARY DISPOSITION ORDER

Affirmed.

■

388 P.3d 898

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Keonaona FERREIRA, Defendant-Appellant**

**NO. CAAP-15-0000459**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, August 26, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (CASE NO. 1DTA-15-01227)

SUMMARY DISPOSITION ORDER

Affirmed.